**Order entered September 9, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-12-00141-CV

### AMBER ETTA BUMPUS, Appellant

### V.

### BRENT WADE FITZGERALD, Appellee

**On Appeal from the 196th District Court**
**Hunt County, Texas**
**Trial Court Cause No. 773788**

## ORDER

We **DENY** appellant's September 4, 2014 motion for acceleration of appeal. The appeal

will be submitted in due course.


/s/       ELIZABETH LANG-MIERS
          JUSTICE